THE PEOPLE OF THE STATE OF NEW YORK ex rel. RUDOLPH C. FULLER, Appellant, *v.* BIRD S. COLER, as Comptroller of the City of New York, et al., Respondents.

*People ex rel. Fuller* v. *Coler*, 33 App. Div. 617, affirmed.
(Argued January 10, 1899; decided January 24, 1899.)

APPEAL from an order of the Appellate Division of the Supreme Court in the second judicial department, entered

October 29, 1898, reversing an order of Special Term granting a peremptory writ of mandamus requiring the comptroller and the mayor of the city of New York to draw and countersign a warrant for the salary of relator.

*John McG. Goodale* and *William C. Wallace* for appellant.

*William J. Carr* for respondents.

Order affirmed, with costs, on opinion below.
All concur.